# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:20-cv-00452-MR

| | |
|---|---|
| SHANNON LEE DURHAM, ) </br> ) </br> Petitioner, ) </br> ) </br> vs. ) </br> ) </br> JOSH STEIN, Attorney General of ) </br> North Carolina, ) </br> ) </br> Respondent. ) </br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Petition for Writ of Habeas Corpus filed by the Petitioner pursuant to 28 U.S.C. § 2254 on August 12, 2020. [Doc. 1]. The Petitioner seeks to challenge his February 2020 conviction from Cabarrus County, North Carolina. The Petitioner mailed his § 2254 petition from the Rowan County Detention Center. [Doc. 1]. He is presently incarcerated at Sampson Correction Institution in Sampson County, North Carolina.[1]

State prisoner habeas corpus petitions may be brought either in the federal judicial district in which the state court of the conviction is located or in the district of confinement. See 28 U.S.C. § 2241(d). The Petitioner's

---

[1] The Petitioner's current place of incarceration is provided by the criminal offender search function of the North Carolina Department of Public Safety website: https://www.ncdps.gov

place of conviction is located in the Middle District of North Carolina and his present place of incarceration is located in the Eastern District of North Carolina. As such in accordance with 28 U.S.C. § 2241(d) and joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina (Joint Order, <u>In re: Applications for Writs of Habeas Corpus</u> (Oct. 26, 1966)), the Court shall transfer this action to the United States District Court for the Middle District of North Carolina.

This Court has not conducted an initial review of the petition and makes no observation as to its merits or timeliness.

**IT IS, THEREFORE, ORDERED that:**

1. This action is transferred to the Middle District of North Carolina.

2. The Clerk is instructed to terminate this action.

**IT IS SO ORDERED.**    Signed: June 8, 2022

Martin Reidinger
Chief United States District Judge